IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| CHARLES RILEY ) | |
| ) | |
| Plaintiff (s) ) | |
| vs. ) | Civil No. 05-0520-CV-W-DW |
| ) | |
| LANCE, INC. ) | |
| ) | |
| Defendant (s) ) | |

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

**ORDERED that :** (1) Defendant's motion for summary judgment (Doc. 28) is **GRANTED** as to all Counts in Plaintiff's complaint. (2) Defendant's Motion to strike Plaintiff's Suggestions in Opposition and for Fees and Costs (Doc. 40) is **DENIED**. (3) Plaintiff'S Motion for leave to file out of time (Doc. 49) is **DENIED** as moot. (4) Defendant's Motion to stay (Doc. 54) is **DENIED** as moot.

PATRICIA L. BRUNE, CLERK

Date: September 21, 2006        By:    /s/ Y. Johnson
                                         Deputy Clerk